**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6899**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MUTTAQIN FATIR ABDULLAH, a/k/a King, a/k/a Clayton Montray
Pinckney,

        Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, District
Judge.  (3:05-cr-00014-MBS-1; 3:08-cv-70115-MBS)

Submitted:  November 18, 2010    Decided:  November 30, 2010

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Muttaqin Fatir Abdullah, Appellant Pro Se. James Chris Leventis,
Jr., OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muttaqin Fatir Abdullah seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2010) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Abdullah has not made the requisite showing. Accordingly, we deny Abdullah's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before the court and argument would not aid the decisional process.

                                                          <u>DISMISSED</u>